UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv375-FDW

| | |
|---|---|
| EDDRICCO LI'SHAUN BROWN-BEY[1], ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> U.S. HOUSE OF REPRESENTATIVES, ) <br> et al, ) <br> ) <br> Respondents. ) <br> _____) | **ORDER** |

The Court has received prisoner Eddricco Li'shaun Brown-Bey's pro se civil filing and application to proceed in forma pauperis ("IFP"), which were docketed in this Court on November 9, 2016.

Federal law requires that prisoners instituting any civil action in federal district court pay a filing fee of $350.00, except when the civil action is an application for a writ of habeas corpus. 28 U.S.C. § 1914(a). In that case, the filing fee is $5.00. Id. A prisoner seeking to file a civil action without prepayment of fees or costs must file an affidavit of indigency and "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the [civil action], obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a).

Brown-Bey has filed the required affidavit. The North Carolina Department of Public

---

[1] Incarcerated under the name Eddricco Lishaun Brown. See N. C. Department of Public Safety Public Offender Information, available at http://webapps6.doc.state.nc.us/opi/offendersearch.do?method=list Offender # 0700738 (last viewed Nov. 21, 2016).

1

Safety, which has custody of Brown-Bey, shall be directed to file the required account statement.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court shall send a copy of this Order to the North Carolina Department of Public Safety, 831 W. Morgan St., MSC 4265, Raleigh, NC 27699;

2. By copy of this Order, the North Carolina Department of Public Safety official responsible for certification of inmate trust account statements is hereby notified of the 28 U.S.C. § 1915(a) requirement; and

3. Within twenty-one (21) days of entrance of this Order, shall file with this Court a certified copy of the trust account statement for inmate Eddricco Lishaun Brown, # 0700738, covering the six (6) month period immediately preceding the filing of the above-captioned action.

**IT IS SO ORDERED.**

Signed: November 28, 2016

Frank D. Whitney
Chief United States District Judge